IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ROBERT HYDOCK | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) |
| | : | (possession of firearm by felon - 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 14, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ROBERT HYDOCK,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number BPAG952, loaded with 13 live rounds of 40 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### ROBERT HYDOCK

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. A Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number BPAG9522; and

2. thirteen live rounds of 40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).



_____
JACQUELINE C. ROMERO
United States Attorney

*Criminal No.*

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

ROBERT HYDOCK

## INDICTMENT

Count

18 U.S.C. § 922(g)(1) (possession of firearm by felon - 1 count)
Notice of Forfeiture

A true bill



_____
Foreperson

Filed in open this ___9th___ day,
of __May__ A.D. 20_23_

Bail, $ _____