IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 23-205 |
| | : |
| ROBERT HYDOCK | : |

## ORDER

**AND NOW**, this 20th day of December, 2023, upon consideration of Defendant's "Motion to Dismiss Indictment" (Docket No. 13), the Government's response thereto, and the argument held on December 4, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.